# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENCH WEST, INC., a California Corporation, individually and doing business as HALE BOB,<br><br>Plaintiff,<br><br>v.<br><br>WHITE MARK UNIVERSAL, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV15-02515-CAS-MAN<br>*Hon. Christina A. Snyder Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: November 23, 2016     By: _____
                             HON. CHRISTINA A. SNYDER
                             UNITED STATES DISTRICT JUDGE